IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CRAIG ANTHONY JOHNSON, :

   Plaintiff, :

vs. : CIVIL ACTION 05-0749-WS-C

LAURA PHILYAW, et al., :

   Defendants. :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

DONE this 13th day of July, 2006.

                s/WILLIAM H. STEELE
                UNITED STATES DISTRICT JUDGE